[No. 42054-6-II.   Division Two.   December 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. LEOVIGILDO LEAL-LEON, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 10-1-00247-2, Amber L. Finlay, J., entered April 25, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Quinn-Brintnall, J.

[No. 42141-1-II.   Division Two.   December 11, 2012.]

SUMMER V. RICHARDS, *Individually, as Personal Representative, and as Guardian, Appellant*, v. AMERICAN MEDICAL RESPONSE NORTHWEST, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-2-08862-0, Richard A. Melnick, J., entered May 11, 2011. *Affirmed* by unpublished opinion per Bridgewater, J. Pro Tem., concurred in by Hunt and Van Deren, JJ.

[No. 42164-0-II.   Division Two.   December 11, 2012.]

DAVID B. VAIL & ASSOCIATES, *Respondent*, v. THE EMPLOYMENT SECURITY DEPARTMENT ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-2-11123-4, Vicki L. Hogan, J., entered March 21, 2011. *Reversed* by unpublished opinion per Johanson, A.C.J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 42272-7-II.   Division Two.   December 11, 2012.]

*In the Matter of the Guardianship of* FAYE E. SAALFELD.

Appeal from a judgment of the Superior Court for Clark County, No. 08-4-00239-1, Richard A. Melnick, J., entered June 3, 2011. *Affirmed* by unpublished opinion per Bridgewater, J. Pro Tem., concurred in by Hunt and Van Deren, JJ.